# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

| UNITED STATES OF AMERICA | | | CRIMINAL COMPLAINT |
|---|---|---|---|
| V. | | | |
| Precilla Ruiz | | PRINCIPAL | Case Number: |
| A202 076 424 | YOB: 1977 | | M-14- 1540 -M |

United States District Court
Southern District of Texas
FILED

AUG 0 9 2014

Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **August 8, 2014** in **Starr** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Aura Estela Gonzalez-Roca, citizen and national of Guatemala, who had entered the United States in violation of law, did knowingly transport, or move or attempt to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Roma, Texas to the point of arrest near Roma, Texas.**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(ii)** **FELONY**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On August 8, 2014, Border Patrol Agent (BPA) J. Alvarez was conducting patrol duties along the Rio Grande River in Roma, Texas. While doing so, he observed four subjects running on a dirt road from the River to a paved road. BPA Alvarez suspected the subjects had just made an illegal entry into the U.S. and attempted to drive towards their location. As he approached the area, he noticed the same four subjects had boarded a grey Nissan truck which was parked on Portscheller Street. In an effort to secure the situation and conduct an immigration inspection, BPA Alvarez activated his emergency lights and siren. At the sound of the siren, three subjects exited the truck and ran towards the River. The subjects were not located and presumably fled back into Mexico. BPA Alvarez approached the vehicle and made contact with the driver, identified as Precilla Ruiz. One subject was also found in the vehicle and claimed to be illegally present in the United States. Ruiz was also interviewed and claimed to be a United States citizen. Both subjects were taken into custody for further questioning and processing.

SEE ATTACHED:

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

_____
Signature of Complainant

Frediberto Hernandez    Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

August 9, 2014
Date

at McAllen, Texas
City and State

Dorina Ramos    , U. S. Magistrate Judge
Name and Title of Judicial Officer

_____
Signature of Judicial Officer